UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20089-CV-UNGARO

CLIFFORD CLINE,
    Petitioner,
v.

WALTER A. MCNEIL,
    Respondent.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Petitioner's action pursuant to 28 U.S.C §2254. The matter was referred to Magistrate Judge Patrick A. White who on June 4, 2008 issued a Report recommending that petition for writ of habeas corpus be dismissed, as time barred. (D.E. 17.) The Court has considered the Petitioner's objections filed with the Court on June 24, 2008 but agrees with the analysis on which the Magistrate Judge's Report is based. (D.E. 18.)

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED. The Petitioner's action is DISMISSED as time barred.

DONE AND ORDERED in Chambers at Miami, Florida, this 2d day of July, 2008.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided:
Clifford Cline, *pro se*